JUNE 11, 1990

No. 89–5900. RUST *v.* GUNTER ET AL. C. A. 8th Cir. [Certiorari granted, 494 U. S. 1055.] Motion of Alvin J. Bronstein, Esq., to withdraw as counsel for petitioner granted. Judgment vacated and case remanded for further consideration in light of the representations made by counsel for petitioner appointed by the Court in his motion to withdraw as counsel filed May 22, 1990, the response to that motion filed by respondent May 30, 1990, and petitioner's motion for appointment of counsel filed June 4, 1990. Motion of petitioner for appointment of new counsel denied as moot.

JUSTICE STEVENS, concurring.

While I join the Court's disposition, I believe it is appropriate also to call the Court of Appeals' attention to our decision in *Neitzke* v. *Williams*, 490 U. S. 319 (1989)—a case that it apparently overlooked when it entered its earlier judgment.

No. 89–510. MEACHUM, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTIONS *v.* ALEXANDER. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Illinois* v. *Perkins, ante,* p. 292.

No. 89–641. GARNETT, BY AND THROUGH HIS NEXT FRIEND, SMITH, ET AL. *v.* RENTON SCHOOL DISTRICT NO. 403 ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Westside Community Bd. of Ed.* v. *Mergens, ante,* p. 226. JUSTICE STEVENS dissents.